# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT BAUER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-5013** |
| **DEAN MORRIS, L.L.P., ET AL** | **SECTION "K"(4)** |

## ORDER

The Court, having read and considered defendant FDIC-Receiver's "Motion to Stay Case for 90 days Pursuant to 12 U.S.C. §1821(d)(12)" **GRANTS** the motion in part. Accordingly,

**IT IS ORDERED** that the this action is stayed through and including March 9, 2009;

New Orleans, Louisiana, this 8th day of December, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE