# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ROBERT BAUER, ET AL

VERSUS

DEAN MORRIS, L.L.P., ET AL

CIVIL ACTION

NO: 08-5013

SECTION: "K" (4)

## RECUSAL ORDER

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a) because of stock ownership in JP Morgan Chase Bank, N.A.

Therefore, in compliance with Canon 3(C), which requires the impartial and diligent performance of judicial duties, the undersigned recuses herself from the aforementioned matter.

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

New Orleans, Louisiana, this __14th__ day of July 2009

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

JUL 1 4 2009

REALLOTTED TO

MAG. 2

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____